1  Ira A. Freydkis
   345 Franklin St.
2  San Francisco, CA 94102
   415-241-2405
3  State Bar No. 113126

4  Steven D. Kopald
   KOPALD & KOPALD
5  8888 Olympic Blvd.
   Beverly Hills, CA 90211
6  State Bar No. 71533

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MATTHEW HILLOCK,                ) Case No.: CV07 6024 MEJ
                                     )
13 |          Plaintiff,             )
                                     ) DISMISSAL
14 |      vs.                        )
                                     )
15 | UNITED STATES, et al.,          )
                                     )
16 |          Defendants.            )
                                     )
17

18 _____

19     Plaintiff, MATTHEW HILLOCK, hereby dismisses the complaint in the above-entitled

20 action, without prejudice, as to all named Defendants.

21

22

23                              Ira A. Freydkis
                                Steven D. Kopald
24                              Attorneys for Plaintiff

25
   Dated: 1/22/08           _____/s/ Ira Freydkis_____
26
                                BY: Ira A. Freydkis
27

28

DISMISSAL                        -1-